# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> STERLING TRANSPORTATION, INC.; CP TRANSPORTATION LLC; CP TRANSPORT, INC.; EDUARDO ANTONIO OSLE; INTERCONTINENTAL CORPAT SERVICES, INC.; INTERCONTINENTAL CORPAT SERVICES, INC. dba CP TRANSPORTATION, INC.; and DOES 3 through 10, inclusive, <br><br> Defendants. | Case No.: CV 09-717 JFW (PJWx) <br><br> **JUDGMENT** <br><br> [*Filed concurrently, under separate cover, with Notice of Application for Entry of Default Judgment, Declaration of Richard Salz and Declaration of Dennis A. Cammarano* <br><br> The Honorable John F. Walter <br><br> Date:          March 17, 2010 <br> Time:         1:30 p.m. <br> Courtroom:  16 |

Having considered the papers, declarations and documents submitted by Plaintiff MSI,

IT IS HEREBY ORDERED:

Judgment shall be entered in favor of Plaintiff MSI against Defendants CP TRANSPORT, INC., CP TRANSPORTATION, LLC, and INTERCONTINENTAL CORPAT SERVICES, INC. dba CP TRANSPORTATION, INC., jointly and severally, in

1
2  the amount of $894,284.14, plus interest and costs.
3       Plaintiff MSI shall file its Application to Tax Costs not later than
4  April 2, 2010.
5
6  Dated:   March 26, 2010              _____
7                                        JUDGE, UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On March 26, 2010, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| CP TRANSPORT, INC.<br>3006 NW 79th Ave.<br>Doral, Florida 33122 | INTERCONTINENTAL CORPAT SERVICES, INC. dba CP TRANSPORTATION, INC.<br>3006 NW 79th Ave.<br>Doral, Florida 33122 |
| CP TRANSPORTATION, LLC<br>3006 NW 79th Ave.<br>Doral, Florida 33122 | |

☐   **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee.

☐   **BY MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION**. I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine. Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐   **BY FEDERAL EXPRESS**. I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s)

Executed on March 26, 2010, at Long Beach, California

☐   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                      _____
                                                                                      Ashleigh B. Acker