| | |
|---|---|
| 1 | DENNIS A. CAMMARANO/BAR NO. 123662 |
| | CAMMARANO & SIRNA, LLP |
| 2 | 555 East Ocean Boulevard, Suite 501 |
| | Long Beach, California  90802                                                JS-6 |
| 3 | Telephone:  (562) 495-9501 |
| | Facsimile: (562) 495-3674 |
| 4 | E-mail: dcammarano@csdlegal.com |

Attorneys for Plaintiff,
MITSUI SUMITOMO INSURANCE CO., LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MITSUI SUMITOMO INSURANCE CO., LTD.,

                Plaintiff,

vs.

STERLING TRANSPORTATION, INC.; CP TRANSPORTATION LLC; CP TRANSPORT, INC.; EDUARDO ANTONIO OSLE; INTERCONTINENTAL CORPAT SERVICES, INC.; INTERCONTINENTAL CORPAT SERVICES, INC. dba CP TRANSPORTATION, INC.; and DOES 3 through 10, inclusive,

                Defendants.
_____

Case No.: CV 09-717 JFW (PJWx)

**ORDER RE DISMISSAL OF STERLING TRANSPORTATION, INC.  AS A DEFENDANT, CROSS-CLAIMANT AND THIRD PARTY PLAINTIFF**

The Honorable John F. Walter

     Based on the Stipulation filed by Plaintiff MITSUI SUMITOMO INSURANCE CO., LTD. ("MSI") and Defendant STERLING TRANSPORTATION, INC.,

     IT IS HEREBY ORDERED that the Complaint as to STERLING TRANSPORTATION, INC., is dismissed, with prejudice, with each party to bear its own costs and attorneys fees.

     IT IS FURTHER ORDERED THAT the Cross-claim of STERLING TRANSPORTATION, INC., against CP TRANSPORTATION LLC and EDUARDO ANTONIO OSLE is dismissed, without prejudice, with each party to bear its own costs

1 and attorneys fees.

2    IT IS FURTHER ORDERED THAT the Third Party Complaint of STERLING
3 TRANSPORTATION, INC., against INTERCONTINENTAL CORPAT SERVICES,
4 INC. dba CP TRANSPORT, INC., is dismissed, without prejudice, with each party to
5 bear its own costs and attorneys fees.

7 Dated: June 9, 2010

   _____
   UNITED STATES DISTRICT COURT JUDGE